UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTINO SILVA, individually,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ALLPAK CONTAINER, LLC, a Washington Corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:16-cv-00603 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

COME NOW the parties to this litigation, Plaintiff Martino Silva and Defendant Allpak Container, LLC, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

// // //

// // //

// // //

// // //

// // //

// // //

**STIPULATION AND ORDER OF DISMISSAL** – 1
Case No. 2:16-cv-00603 RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

DATED: May 8, 2017

| | |
|---|---|
| VANSICLEN, STOCKS & FIRKINS | LITTLER MENDELSON, P.C. |
| | |
| */s/ Jeffrey R. Caffee* | */s/ Thomas P. Holt* |
| Jeffrey R Caffee, WSBA # 41774 | Joanna M. Silverstein, WSBA # 38577 |
| 721 45th Street NE | Thomas P. Holt, WSBA #39722 |
| Auburn, WA 98002 | Jeannie L. Bohlman, WSBA # 42245 |
| Phone: 253-859-8899 | 600 University Street, Suite 3200 |
| Fax: 1-877-630-5144 | Seattle, WA 98101-3122 |
| Email: jcaffee@vansiclen.com | Phone: 206-623-3300 |
| Attorneys for Plaintiff | Fax: 206-447-6965 |
| | Email: jsilverstein@littler.com |
| | tholt@littler.com |
| | jbohlman@littler.com |
| | Attorneys for Defendant |

**STIPULATION AND ORDER OF DISMISSAL** – 2
Case No. 2:16-cv-00603 RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# ORDER

Based on the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted in the above-captioned case are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DONE this 10th DAY OF May, 2017.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*s/ Thomas P. Holt*
Joanna M. Silverstein, WSBA #38577
jsilverstein@littler.com
Thomas Holt, WSBA #39722
tholt@littler.com
Jeannie L. Bohlman, WSBA #42245
jbohlman@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:        206.623.3300
Fax:           206.447.6965

Attorneys for Defendant
ALLPAK CONTAINER, LLC

Firmwide:146856050.1 088728.1001

**STIPULATION AND ORDER OF DISMISSAL** – 3
Case No.  2:16-cv-00603 RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300